**Robert WARD, Appellant,**

v.

**Ernest JUSTICE et al., Appellees.**

Court of Appeals of Kentucky.

Sept. 16, 1955.

L. C. Farley, Pikeville, for appellant.

V. R. Bentley, Pikeville, for appellee.

PER CURIAM.

This case is before us on motion for an appeal under KRS 21.080. It involves title to a tract of land in Pike County on which the chancellor placed a value of $640.

The record has been examined, the issues discussed by the court, and the conclusion reached that the chancellor's judgment is correct. CR 52.01.

The motion for an appeal is overruled and the judgment stands affirmed.